*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★ ★ ★ ★ ★



# MEMORANDUM OPINION

No. 04-12-00300-CR

Onesimo S. **CORDERO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR10772
Honorable Lori I. Valenzuela, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:    August 1, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal, stating that the trial court has granted a new trial. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH